Andre Lawson
I S B # 6419
805 N. Gate Mile
Idaho Falls, ID 83401
Office (208)709-3716
Fax (208)542-4593
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| Fred Flores | ) | Case # **21-40009** |
|---|---|---|
|  | ) |  |
|  | ) | OBJECTION TO MOTION |
|  | ) | TO REMOVE AUTOMATIC STAY |
| Debtor | ) |  |
|  | ) |  |
| _____ | ) |  |

COMES NOW, the Debtor by and through his attorney of record, with his objection to R. Sam Hopkins Trustee's motion to remove the automatic stay as follows:

1. Debtor filed for protection under chapter 7 of the bankruptcy code and claimed a home owner's exemption of $175000.00. The Debtor is entitled to the exemption because he lives in the home.

Dated this 11th day of February, 2021

/s/ Andre Lawson
_____
Andre Lawson

OBJECTION TO REMOVE AUTOMATIC STAY-1

## Certificate Of Service

I CERTIFY that on this 11th day of February, 2021 I filed the foregoing electronically through the cm/ecf system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

R. Sam Hopkins, Trustee
Id13@ecfcbis.com

Thomas D. Smith
Spinner, Wood & Smith
Tom@pocatello-law.com

AND I FURTHER CERTIFY that on such date I served the forgoing on the following non cm/ecf registered participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

/s/ Therron L. Radford
_____

Therron L. Radford
Legal Assistant

OBJECTION TO REMOVE AUTOMATIC STAY-2