Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho   83205-6009
Telephone:   (208) 232-4471
Email: tom@pocatello-law.com

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | Case No. 21-40009-JMM |
| ) | |
| FRED FLORES, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**OBJECTION TO CLAIMED HOMESTEAD EXEMPTION**

OPPORTUNITY TO OBJECT AND FOR A HEARING

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW R. Sam Hopkins ("Hopkins"), the Trustee in the Laura Perez-Flores ("Perez-Flores") chapter 7 bankruptcy proceeding, Case No. 20-40873-JMM ("Perez-Flores Bankruptcy"), by and through his attorneys, pursuant to Rule 4003(b)(1), Federal Rules of Bankruptcy Procedure, and Rule 4003.1(c), Local Rules of Bankruptcy Procedure, and objects to the Debtor's claimed homestead exemption under Idaho Code §§ 55-1001 through 55-1003.

**OBJECTION TO CLAIMED HOMESTEAD EXEMPTION - 1**

This objection is based on the following grounds:

1.     The Debtor, Fred Flores, and Perez-Flores are married. (Document No. 1, p. 35, ¶ 1.)

2.     On or about May 8, 2018, Blake Frasure executed a warranty deed to convey real property located at 5130 Hawthorne Road in Chubbuck, Idaho ("Real Property") to the Debtor and Perez-Flores as "husband and wife." A copy of the warranty deed is attached as Exhibit A.

3.     Pursuant to Idaho Code § 32-906, the Real Property is the Debtor and Perez-Flores's community property because it was purchased during their marriage. The warranty deed also indicates the Real Property is the Debtor and Perez-Flores's community property.

4.     Perez-Flores filed her bankruptcy petition on November 10, 2020. (Perez-Flores Bankruptcy Document No. 1.) The Debtor and Perez-Flores were married at that time. (*Id*. at p. 36, ¶ 1.)

5.     The Debtor filed his bankruptcy petition on January 7, 2021. (Document No. 1.) The Debtor listed the Real Property in his Schedule A/B, and he claims a homestead exemption in the Real Property. (*Id*. at p. 10, ¶ 1.1 and p. 17, ¶ 2.)

6.     Pursuant to 11 U.S.C. § 541(a)(2)(A), both the Debtor and Perez-Flores's community interests in the Real Property became property of the Perez-Flores Bankruptcy estate because Perez-Flores filed her bankruptcy petition first. *Hopkins v. Idaho Central Credit Union (In re Herter)*, 456 B.R. 455, 465 (Bankr. D. Idaho 2011); *In re Bauer*, 05.3 I.B.C.R. 60 (Bankr. D. Idaho 2005); *In re Pixler*, 02.2 I.B.C.R. 87 (Bankr. D. Idaho 2002).

7. The Debtor is not entitled to claim a homestead exemption in the Real Property because the Debtor's bankruptcy estate does not include any interest in the Real Property. *Hopkins v. Idaho Central Credit Union (In re Herter)*, No. 4:12-cv-180-BLW (D. Idaho Feb. 13, 2013); *Bauer*, 05.3 I.B.C.R. 60 (Bankr. D. Idaho 2005); *Pixler*, 02.2 I.B.C.R. 87 (Bankr. D. Idaho 2002).

8. Pursuant to Rule 4003.1(c), Local Rules of Bankruptcy Procedure, the Court may sustain this objection and disallow the Debtor's claimed homestead exemption without a hearing, unless a hearing is scheduled within the time set forth above.

WHEREFORE, Hopkins respectfully requests that the Court disallow the Debtor's claimed homestead exemption in the Real Property.

DATED February 12, 2021.

SPINNER, WOOD & SMITH

By /s/_____
Thomas D. Smith

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 12, 2021, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | [ ]  U.S. Mail, postage prepaid<br>[ ]  Hand Delivery<br>[x]  ECF Notice<br>[ ]  Facsimile |
| Patrick J. Geile<br>pgeile@foleyfreeman.com | [ ]  U.S. Mail, postage prepaid<br>[ ]  Hand Delivery<br>[x]  ECF Notice<br>[ ]  Facsimile |
| Andre L. Lawson<br>lawsonattorney2016@gmail.com<br>bppoffices@aol.com | [ ]  U.S. Mail, postage prepaid<br>[ ]  Hand Delivery<br>[x]  ECF Notice<br>[ ]  Facsimile |
| Fred Flores<br>5130 Hawthorne Road<br>Chubbuck, Idaho 83202 | [x]  U.S. Mail, postage prepaid<br>[ ]  Hand Delivery<br>[ ]  ECF Notice<br>[ ]  Facsimile |

By: /s/ _____
Thomas D. Smith

**OBJECTION TO CLAIMED HOMESTEAD EXEMPTION - 4**

```
                                                OFFICIAL RECORD BK# 0    FEE 16.00 DEPUTY VH
                                                BANNOCK COUNTY IDAHO     RECORDED AT REQUEST OF
                                                First American Title - Pocatello
RECORDING REQUESTED BY
First American Title Company                    21806681      2018 May 08 PM 04:41:00
                                                Electronically Recorded by Simplifile
AND WHEN RECORDED MAIL TO:
First American Title Company
223 North 15th Avenue
Pocatello, ID 83201
```

Space Above This Line for Recorder's Use Only

## WARRANTY DEED

File No.: **674499-P (sg)**                                    Date: **March 29, 2018**

For Value Received, **Blake Frasure also shown of record as Blake David Frasure, a married man as his sole and separate property**, hereinafter called the Grantor, hereby grants, bargains, sells and conveys unto **Fred Flores and Laura J. Perez Flores, husband and wife**, hereinafter called the Grantee, whose current address is **5130 Hawthorne, Pocatello, ID 83202**, the following described premises, situated in **Bannock** County, **Idaho**, to-wit:

COMMENCING AT THE SOUTHWEST CORNER OF THE N½NW¼SW¼ OF SECTION 3, TOWNSHIP 6 SOUTH, RANGE 34 EAST, BOISE MERIDIAN, AND RUNNING THENCE NORTH ALONG THE WEST LINE OF SAID SECTION 3, A DISTANCE OF 276 FEET TO THE PLACE OF BEGINNING OF THIS SURVEY; CONTINUING THENCE NORTH ALONG SAID LINE A DISTANCE OF 389 FEET, MORE OR LESS, TO THE SOUTHWESTERLY BANK OF THE FORT HALL LATERAL; THENCE IN A SOUTHEASTERLY DIRECTION ALONG THE SOUTHWESTERLY BANK OF SAID LATERAL TO A POINT DUE EAST OF THE PLACE OF BEGINNING; THENCE WEST TO THE PLACE OF BEGINNING OF THIS SURVEY; BANNOCK COUNTY, IDAHO.

EXCEPT:

PART OF SECTION 3, TOWNSHIP 6 SOUTH, RANGE 34, EAST BOISE MERIDIAN, BANNOCK COUNTY, IDAHO, DESCRIBED AS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 3, TOWNSHIP 6 SOUTH, RANGE 34 EAST AND RUNNING THENCE N 00°16'11" E 2442.08 FEET ALONG THE WEST LINE OF SAID SECTION 3 TO A POINT ON THE WEST LINE OF A PARCEL DESCRIBED IN DEED #363622, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE N 00°16'12" E 230.08 FEET ALONG THE WEST LINE OF SAID PARCEL TO THE NORTHERLY CORNER OF INSTRUMENT # 363622; THENCE ALONG THE EAST LINE OF SAID PARCEL THE FOLLOWING FOUR COURSES; 1) THENCE S 23°47'55" E 134.42 FEET; 2) THENCE S 24°10'21" E 47.17 FEET; 3) THENCE S 26°09'08" E 20.49 FEET; 4) THENCE S 23°55'52" E 21.64 FEET TO A POINT ON A NON-TANGENT CURVE TO THE RIGHT; THENCE ALONG SAID CURVE TO THE RIGHT 43.77 FEET (CURVE DATA: RADIUS = 150.00', DELTA = 16°43'13", CHORD = S 81°54'35" W 43.62'); THENCE N 89°43'49" W 4.53 FEET TO A TANGENT CURVE TO THE LEFT; THENCE ALONG SAID CURVE TO THE LEFT .72 FEET (CURVE DATA: RADIUS = 20.00', DELTA = 2°02'57", CHORD = S 89°14'43" W .72') THENCE S 45°02'35" W 27.37 FEET TO A NON-TANGENT CURVE TO THE LEFT; THENCE ALONG SAID CURVE TO THE LEFT .52 FEET (CURVE DATA: RADIUS = 20.00', DELTA = 1°30'14", CHORD = S 1°06'49" W .52') THENCE N 89°44'20" W 24.64 FEET TO THE TRUE POINT OF BEGINNING.

EXHIBIT A - 1

SUBJECT TO all easements, right of ways, covenants, restrictions, reservations, applicable building and zoning ordinances and use regulations and restrictions of record, and payment of accruing present year taxes and assessments as agreed to by parties above.

TO HAVE AND TO HOLD the said premises, with its appurtenances, unto the said Grantee, and to the Grantee's heirs and assigns forever. And the said Grantor does hereby covenant to and with the said Grantee, that the Grantor is the owner in fee simple of said premises; that said premises are free from all encumbrances except current years taxes, levies, and assessments, and except U.S. Patent reservations, restrictions, easements of record and easements visible upon the premises, and that Grantor will warrant and defend the same from all claims whatsoever.

_____
Blake David Frasure

STATE OF     Idaho           )
                             ss.
COUNTY OF    Bannock         )

On this  8  day of May, 2018, before me, a Notary Public in and for said State, personally appeared **Blake David Frasure**, known or identified to me to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same.

_____
Notary Public for the State of Idaho
Residing at: _____
My Commission Expires: _____

S. GARRETT
NOTARY PUBLIC
STATE OF IDAHO

State of Idaho
Residing: Inkom, Idaho
Comm. Expires: 09/30/2023

EXHIBIT A - 2