Andre Lawson
I S B # 6419
805 N. Gate Mile
Idaho Falls, ID 83401
Office (208)709-3716
Fax (208)542-4593
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| Fred Flores | ) | Case # **21-40009** |
| | ) | |
| | ) | AMENDED OBJECTION TO MOTION |
| | ) | TO REMOVE AUTOMATIC STAY |
| Debtor | ) | |
| | ) | |
| _____ | ) | |

COMES NOW, the Debtor by and through his attorney of record, with his objection to R. Sam Hopkins Trustee's motion to remove the automatic stay as follows:

1. Debtor filed for protection under chapter 7 of the bankruptcy code and claimed a home owner's exemption of $175000.00. The Debtor is entitled to the exemption because he lives in the home.

Dated this 18th day of February, 2021

/s/ Andre Lawson
_____
Andre Lawson

AMENDED OBJECTION AND NOTICE OF HEARING ON MOTION TO REMOVE
AUTOMATIC STAY-1

Andre Lawson
I S B # 6419
805 N. Gate Mile
Idaho Falls, ID 83401
Office (208)709-3716
Fax (208)542-4593
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

|  |  |
|---|---|
| Fred Flores,<br><br>Debtor | Case # 21-40009<br><br>NOTICE OF HEARING ON OBJECTION<br>TO REMOVE AUTOMATIC STAY |

Please take notice that the Debtor has scheduled a hearing on his objection to Trustee's motion for relief from automatic stay, before the United State Bankruptcy Court, Via telephone before the Honorable Joseph M. Meier, on March 9th 2021 at the hour of 9:30 a.m. Parties shall call into the number below at least (10) minutes prior to the start of the hearing. The Deputy clerk will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up. Judge Meier's conference number: 1-877-336-1829
    Access code:        5781287
    Security code:       1234#

Dated this 18th day of February 2021

/s/ Andre Lawson

Andre Lawson
Attorney for Debtor

AMENDED OBJECTION AND NOTICE OF HEARING ON MOTION TO REMOVE AUTOMATIC STAY-2