UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 21-40009-JMM |
|---|---|---|
| FRED FLORES, | ) ) ) | Chapter 7 |
| Debtor. | ) ) ) | |

**ORDER SUSTAINING OBJECTION TO HOMESTEAD EXEMPTION**

THIS MATTER came before the Court upon the Objection to Claimed Homestead Exemption (Document No. 25) filed by R. Sam Hopkins ("Hopkins"), the Trustee in the Laura Perez-Flores chapter 7 bankruptcy proceeding, Case No. 20-40873-JMM. Notice was given to all parties in interest, and no objections were filed within the statutory time provided. The Court may enter an order sustaining Hopkins's objection without a hearing pursuant to Rule 4003.1(c), Local Rules of Bankruptcy Procedure. For good cause shown;

IT IS HEREBY ORDERED THAT Hopkins's objection to the Debtor's claimed homestead exemption is sustained.



DATED:   March 4, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Thomas D. Smith
Attorney for R. Sam Hopkins, Trustee