**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Fred Flores ) | Case Number: 21–40009–JMM |
| 5130 Hawthorne Rd ) | |
| Chubbuck, ID 83202–2220 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–1241 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**NOTICE OF CONDITIONAL DISMISSAL**

PLEASE TAKE NOTICE THAT THE DEBTOR HAS FAILED TO PAY THE FILINGS FEES IN THE INSTALLMENTS AS ORDERED BY THE COURT PURSUANT TO FRB 1017 (b)

Failure to pay the fee within twenty one (21) days from the date of this notice will result in the dismissal of this case unless an objection is filed by the Trustee, the debtor, a creditor or other party in interest prior to the expiration of the twenty one (21) days.

If a response is filed within the twenty one (21) day time period, the Court will determine whether or not to hold a hearing or how otherwise to proceed.

Filing Fees Due Date: 6/10/2021     Amount: $ 338.00

Dated: 5/20/21

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court